DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TYRELL COBBIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2711

[September 9, 2021]

Appeal denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dennis D. Bailey, Judge; L.T. Case No. 14-004152CF10A.

Rachael E. Reese, Tampa, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Kimberly T. Acuńa, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***